IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER H. MCCOY <br> (BOP Register No. 09150-025), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:16-CV-3497-M-BN |
| DJ HARMON, Warden, ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Motion for Default Judgment [Dkt. No. 32] is therefore DENIED.

SO ORDERED this 31 day of May, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE